United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17254-jkf
John J. Allen, Jr.                                                      Chapter 13
Trina L. Allen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Nov 16, 2017
                              Form ID: 309I           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         +John J. Allen, Jr.,    Trina L. Allen,    140 Ashley Road,    Phoenixville, PA 19460-4816
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
14004020        Cabela's Club Visa,    PO Box 82519,    Lincoln, NE 68501-2519
14004029        Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
14004036       +JPMorgan Chase Bank, National Assoc.,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
14004039        Phoenixville Hospital,    PO Box 504060,    St Louis, MO 63150-4060
14004038        Phoenixville Hospital,    140 Nutt Road,    Phoenixville, PA 19460-3900
14004044       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
14004046       +Timothy E. Wilfong, Esquire,    Law Office of Timothy E Wilfong LLC,    20 South Main Street,
                 Phoenixville, PA 19460-3436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: timwilfong@aol.com Nov 17 2017 01:51:22       TIMOTHY WILFONG,
                 Law Office of Timothy E Wilfong LLC,    20 South Main Street,    Phoenixville, PA  19460
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:22       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:56       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 17 2017 01:52:31       United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14004017        EDI: GMACFS.COM Nov 17 2017 01:28:00       Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
14004018        EDI: BANKAMER.COM Nov 17 2017 01:28:00       Bank Of America,    PO Box 982234,
                 El Paso, TX 79998-2234
14004019        EDI: BANKAMER.COM Nov 17 2017 01:28:00       Bank of America, N.A.,    PO Box 5170,
                 Simi Valley, CA 93062-5170
14004021        EDI: CAPITALONE.COM Nov 17 2017 01:28:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14004022        EDI: CAPITALONE.COM Nov 17 2017 01:28:00       Capital One Bank N.A.,    Attn: Bankruptcy Dept.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14004023        EDI: BL-BECKET.COM Nov 17 2017 01:28:00       Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
14004024        EDI: CHASE.COM Nov 17 2017 01:28:00       Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14004025        EDI: CITICORP.COM Nov 17 2017 01:28:00       Citibank Usa,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
14004026        EDI: WFNNB.COM Nov 17 2017 01:28:00       Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, Ohio 43218-2125
14004027        EDI: WFNNB.COM Nov 17 2017 01:28:00       Comenity Capital Bank,    Bankruptcy Department,
                 PO Box 183043,    Columbus, Ohio 43218-3043
14004028       +E-mail/Text: bncmail@w-legal.com Nov 17 2017 01:52:38       Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley PS,    2001 Western Ave., Ste 400,,    Seattle, WA 98121-3132
14004030        EDI: DISCOVER.COM Nov 17 2017 01:28:00       Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14004031        EDI: DISCOVER.COM Nov 17 2017 01:28:00       Discover Products, Inc.,    PO Box 3025,
                 New Albany, OH 43054-3025
14004032        E-mail/Text: bankruptcy.bnc@ditech.com Nov 17 2017 01:51:49       Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
14004033        E-mail/Text: bankruptcy.bnc@ditech.com Nov 17 2017 01:51:49       Ditech Financial LLC,
                 fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, South Dakota 57709-6154
14004035       +EDI: IRS.COM Nov 17 2017 01:28:00       Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
14004037        EDI: CBSKOHLS.COM Nov 17 2017 01:28:00       Kohls,    Po Box 3043,    Milwaukee, WI 53201-3043
14004040        EDI: SEARS.COM Nov 17 2017 01:28:00       Sears Credit Cards,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
14004041        EDI: RMSC.COM Nov 17 2017 01:28:00       Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
14004042       +EDI: RMSC.COM Nov 17 2017 01:28:00       Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
14004045        EDI: TDBANKNORTH Nov 17 2017 01:28:00       Td Banknorth,    PO Box 84037,
                 Columbus, GA 31908-4037
14004043        EDI: WTRRNBANK.COM Nov 17 2017 01:28:00       Target Card Services,    PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 27

```
District/off: 0313-2          User: Lisa                  Page 2 of 2                  Date Rcvd: Nov 16, 2017
                              Form ID: 309I               Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14009109*        Discover Bank,    Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
14004034*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              TIMOTHY    WILFONG    on behalf of Joint Debtor Trina L. Allen timwilfong@aol.com,
               notice1776@gmail.com
              TIMOTHY    WILFONG    on behalf of Debtor John J. Allen, Jr. timwilfong@aol.com,
               notice1776@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **John J. Allen Jr.** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2501** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Trina L. Allen** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6392** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  **13  10/25/17** |
| Case number:   **17–17254–jkf** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John J. Allen Jr. | Trina L. Allen |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 140 Ashley Road <br> Phoenixville, PA 19460 | 140 Ashley Road <br> Phoenixville, PA 19460 |
| 4. | **Debtor's attorney** <br> Name and address | TIMOTHY WILFONG <br> Law Office of Timothy E Wilfong LLC <br> 20 South Main Street <br> Phoenixville, PA 19460 | Contact phone 610 247 1249 <br> Email:  timwilfong@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br> Date: 11/16/17 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 15, 2017 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/15/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/23/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $290.87 per month for 60 months. The hearing on confirmation will be held on:<br>**1/25/18** at **9:30 AM**, Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |