Certificate Number: 00301-PAE-DE-030292538

Bankruptcy Case Number: 17-17254



00301-PAE-DE-030292538

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 11, 2017</u>, at <u>9:49</u> o'clock <u>PM EST</u>, <u>JOHN J ALLEN</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   December 11, 2017            By:   /s/Jimmy Arreaga

                                     Name: Jimmy Arreaga

                                     Title: Certified Bankruptcy Counselor