**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John** | **J.** | **Allen, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Trina** | **L.** | **Allen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **17-17254**
(if known)

☑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1.** **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2.** **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | **$15,911.52** | **$13,072.00** | **$2,839.52** |

**Ally Financial**
Creditor's name
**PO Box 380901**
Number      Street

**2014 Honda CR-V**

**Bloomington      MN      55438-0901**
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Installment**

Date debt was incurred   **10/08/2017**      Last 4 digits of account number      **9   2   7   3**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$15,911.52**

Debtor 1  **John J. Allen, Jr.**
Debtor 2  **Trina L. Allen**

Case number (if known)  **17-17254**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Diamond Credit Union**
Creditor's name
**1600 Medical Drive**
Number      Street

_____

**Pottstown          PA    19464-3242**
City                    State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **10/2013**

**Describe the property that secures the claim:**

**140 Ashley Road, Phoenixville, PA 19460**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Vehicle**

**Last 4 digits of account number**   **2  7  0  0**

|  | Column A | Column B | Column C |
|---|---|---|---|
| 2.2 | $31,830.83 | $255,750.00 | |

---

**2.3**

**Ditech Financial LLC**
Creditor's name
**PO Box 6154**
Number      Street

_____

**Rapid City          SD    57709-6154**
City                    State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **05/2014**

**Describe the property that secures the claim:**

**140 Ashley Road, Phoenixville, PA 19460**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Conventional Real Estate Mortgage**

**Last 4 digits of account number**   **8  4  2  9**

|  | Column A | Column B | Column C |
|---|---|---|---|
| 2.3 | $173,482.59 | $255,750.00 | |

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**   **$205,313.42**

| Debtor 1 | John J. Allen, Jr. |
|---|---|
| Debtor 2 | Trina L. Allen |

Case number (if known) **17-17254**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.4**

**Ditech Financial LLC**
Creditor's name

**PO Box 6154**
Number      Street

_____

**Rapid City          SD      57709-6154**
City                         State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred      Various**

**Describe the property that secures the claim:**

**140 Ashley Road, Phoenixville, PA 19460**

| | | |
|---|---|---|
| **$2,055.15** | **$0.00** | **$2,055.15** |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
      **Arrearage claim**

**Last 4 digits of account number    8    4    2    9**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| **$2,055.15** |
|---|

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

| **$223,280.09** |
|---|

| Debtor 1 | **John J. Allen, Jr.** |
|---|---|
| Debtor 2 | **Trina L. Allen** |

Case number (if known)  **17-17254**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | **Ditech Financial LLC** | On which line in Part 1 did you enter the creditor? | **2.3** |
|---|---|---|---|
| | Name | | |
| | **fka Green Tree Servicing LLC** | Last 4 digits of account number    ___ ___ ___ ___ | |
| | Number        Street | | |
| | **P.O. Box 6154** | | |

| **Rapid City** | **SD** | **57709-6154** |
|---|---|---|
| City | State | ZIP Code |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John** | **J.** | **Allen, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Trina** | **L.** | **Allen** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **17-17254**
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ John J. Allen, Jr.** _____
    John J. Allen, Jr., Debtor 1

    Date **04/09/2018**
        MM / DD / YYYY

X **/s/ Trina L. Allen** _____
    Trina L. Allen, Debtor 2

    Date **04/09/2018**
        MM / DD / YYYY