**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

IN RE:    John J. Allen, Jr.    :    CASE NO.: 17-17254-jkf
    Trina L Allen

    Debtor(s)    :    CHAPTER 13

**ORDER**

AND NOW this _____ day of _____, 20____, upon consideration of the application of Timothy E. Wilfong, Esquire, attorney for the debtor and after Notice and the opportunity of hearing, it is hereby ORDERED and DECREED that Debtor(s)' counsel fee in the amount of **$3,500.00** is hereby approved and the balance as stated in the Application, in the amount of **$2,310.00** shall be paid to Debtor(s)' counsel as an administrative expense to the extent provided for by the terms of Debtor(s)' confirmed Chapter 13 Plan.

BY THE COURT:

_____

**Date: May 16, 2018**

UNITED STATES BANKRUPTCY JUDGE