United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17254-jkf
John J. Allen, Jr.                                                      Chapter 13
Trina L. Allen
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1          Date Rcvd: May 16, 2018
                           Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
db              +John J. Allen, Jr.,    140 Ashley Road,    Phoenixville, PA 19460-4816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      TIMOTHY   WILFONG    on behalf of Joint Debtor Trina L. Allen timwilfong@aol.com,
       notice1776@gmail.com
      TIMOTHY   WILFONG    on behalf of Debtor John J. Allen, Jr. timwilfong@aol.com,
       notice1776@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                     TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

| | | | |
|---|---|---|---|
| **IN RE:** | John J. Allen, Jr.<br>Trina L Allen | : | CASE NO.: 17-17254-jkf |
| | **Debtor(s)** | : | **CHAPTER 13** |

**ORDER**

AND NOW this _____ day of _____,20____, upon consideration of the application of Timothy E. Wilfong, Esquire, attorney for the debtor and after Notice and the opportunity of hearing, it is hereby ORDERED and DECREED that Debtor(s)' counsel fee in the amount of **$3,500.00** is hereby approved and the balance as stated in the Application, in the amount of **$2,310.00** shall be paid to Debtor(s)' counsel as an administrative expense to the extent provided for by the terms of Debtor(s)' confirmed Chapter 13 Plan.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: May 16, 2018**