United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Allen, Jr.  
Trina L. Allen  
    Debtors

Case No. 17-17254-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 06, 2019  
                        Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14017067      E-mail/Text: bankruptcy.bnc@ditech.com May 07 2019 02:39:23
      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
      Rapid City, South Dakota 57709-6154
                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
        ANN E. SWARTZ   on behalf of Creditor    LoanCare, LLC ecfmail@mwc-law.com,
      ecfmail@ecf.courtdrive.com
        FRANCIS THOMAS TARLECKI   on behalf of Creditor    LoanCare, LLC ecfmail@ecf.courtdrive.com,
      ecfmail@mwc-law.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
      ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        TIMOTHY   WILFONG   on behalf of Debtor John J. Allen, Jr. timwilfong@aol.com,
      notice1776@gmail.com
        TIMOTHY   WILFONG   on behalf of Joint Debtor Trina L. Allen timwilfong@aol.com,
      notice1776@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17254-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John J. Allen, Jr.<br>140 Ashley Road<br>Phoenixville PA 19460 | Trina L. Allen<br>140 Ashley Road<br>Phoenixville PA 19460 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/06/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/08/19

Tim McGrath
**CLERK OF THE COURT**