Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                      P.O. Box 680
Reading, PA  19606                                              Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17254-AMC

JOHN J  ALLEN JR                                    Petition Filed Date: 10/25/2017
TRINA L  ALLEN                                      341 Hearing Date: 12/15/2017
140 ASHLEY ROAD                                     Confirmation Date: 05/16/2018
PHOENIXVILLE  PA    19460

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/24/2019 | $325.87 | | 02/25/2019 | $325.87 | | 03/25/2019 | $325.87 | |
| 04/26/2019 | $325.87 | | 05/24/2019 | $325.87 | | 06/25/2019 | $325.87 | |
| 07/24/2019 | $325.87 | | 08/26/2019 | $325.87 | | 09/25/2019 | $325.87 | |
| 10/28/2019 | $325.87 | 6281384000 | 11/26/2019 | $325.87 | 6354277000 | 12/26/2019 | $325.87 | 6427917000 |
| 01/27/2020 | $325.87 | 6505073000 | 02/25/2020 | $325.87 | 6583482000 | 03/25/2020 | $325.87 | 6659931000 |
| 04/24/2020 | $325.87 | 6736113000 | 05/26/2020 | $325.87 | 6813961000 | 06/24/2020 | $325.87 | 6885617000 |
| 07/22/2020 | $325.87 | 6955069000 | | | | | | |

**Total Receipts for the Period: $6,191.53  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $10,578.71**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 007 | Unsecured Creditors | $190.26 | $0.00 | $190.26 |
| 4 | ALLY FINANCIAL »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA NA »» 013 | Unsecured Creditors | $20,418.31 | $477.05 | $19,941.26 |
| 8 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA »» 008 | Unsecured Creditors | $7,101.21 | $165.91 | $6,935.30 |
| 6 | BECKET & LEE, LLP »» 006 | Unsecured Creditors | $2,151.23 | $36.87 | $2,114.36 |
| 9 | CHASE CARD SERVICES »» 009 | Unsecured Creditors | $9,016.41 | $210.65 | $8,805.76 |
| 10 | CHASE CARD SERVICES »» 010 | Unsecured Creditors | $1,121.52 | $15.71 | $1,105.81 |
| 11 | CHASE CARD SERVICES »» 011 | Unsecured Creditors | $17,409.55 | $406.74 | $17,002.81 |
| 1 | DIAMOND FEDERAL CREDIT UNION »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $16,608.83 | $388.05 | $16,220.78 |
| 14 | UNITED STATES TREASURY (IRS) »» 14P | Priority Crediors | $2,507.75 | $2,507.75 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 14U | Unsecured Creditors | $51.78 | $0.00 | $51.78 |
| 3 | LOANCARE SERVICING CENTER »» 003 | Mortgage Arrears | $2,055.15 | $2,055.15 | $0.00 |

**Chapter 13 Case No. 17-17254-AMC**

| 12 | MOMA FUNDING LLC »» 012 | Unsecured Creditors | $190.87 | $0.00 | $190.87 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $7,101.21 | $165.91 | $6,935.30 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $13,001.42 | $303.74 | $12,697.68 |
| 16 | TIMOTHY E WILFONG ESQ »» 016 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,578.71 | Current Monthly Payment: | $325.87 |
| Paid to Claims: | $9,043.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $914.64 | Total Plan Base: | $19,377.20 |
| Funds on Hand: | $620.54 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.