Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                      P.O. Box 680
Reading, PA 19606                                              Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-17254-AMC

JOHN J ALLEN JR                                     Petition Filed Date: 10/25/2017
TRINA L ALLEN                                       341 Hearing Date: 12/15/2017
140 ASHLEY ROAD                                     Confirmation Date: 05/16/2018
PHOENIXVILLE PA    19460

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/27/2020 | $325.87 | 6505073000 | 02/25/2020 | $325.87 | 6583482000 | 03/25/2020 | $325.87 | 6659931000 |
| 04/24/2020 | $325.87 | 6736113000 | 05/26/2020 | $325.87 | 6813961000 | 06/24/2020 | $325.87 | 6885617000 |
| 07/22/2020 | $325.87 | 6955069000 | 08/26/2020 | $325.87 | 7035939000 | 09/25/2020 | $325.87 | 7108136000 |
| 10/23/2020 | $325.87 | 7177299000 | 11/30/2020 | $325.87 | 7260838000 | 12/21/2020 | $325.87 | 7322292000 |
| 01/25/2021 | $325.87 | 7401438000 | 02/24/2021 | $325.87 | 7472788000 | 03/24/2021 | $325.87 | 7546542000 |
| 04/26/2021 | $325.87 | 7619929000 | 05/26/2021 | $325.87 | 7693510000 | | | |

Total Receipts for the Period: $5,539.79    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,837.41

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $190.26 | $0.00 | $190.26 |
| 4 | ALLY FINANCIAL<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $20,418.31 | $1,124.35 | $19,293.96 |
| 8 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 008 | Unsecured Creditors | $7,101.21 | $391.04 | $6,710.17 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $2,151.23 | $118.46 | $2,032.77 |
| 9 | CHASE CARD SERVICES<br>»» 009 | Unsecured Creditors | $9,016.41 | $496.49 | $8,519.92 |
| 10 | CHASE CARD SERVICES<br>»» 010 | Unsecured Creditors | $1,121.52 | $54.58 | $1,066.94 |
| 11 | CHASE CARD SERVICES<br>»» 011 | Unsecured Creditors | $17,409.55 | $958.67 | $16,450.88 |
| 1 | DIAMOND FEDERAL CREDIT UNION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $16,608.83 | $914.57 | $15,694.26 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 14P | Priority Crediors | $2,507.75 | $2,507.75 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 14U | Unsecured Creditors | $51.78 | $0.00 | $51.78 |
| 3 | LOANCARE SERVICING CENTER<br>»» 003 | Mortgage Arrears | $2,055.15 | $2,055.15 | $0.00 |

**Chapter 13 Case No. 17-17254-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $190.87 | $0.00 | $190.87 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,101.21 | $391.04 | $6,710.17 |
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $13,001.42 | $715.92 | $12,285.50 |
| 16 | TIMOTHY E WILFONG ESQ<br>»» 016 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,837.41 | Current Monthly Payment: | $325.87 |
| Paid to Claims: | $12,038.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,172.08 | Total Plan Base: | $19,377.20 |
| Funds on Hand: | $627.31 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.