Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 17-17254-AMC

JOHN J ALLEN JR  
TRINA L ALLEN  
140 ASHLEY ROAD  
PHOENIXVILLE  PA   19460  

Petition Filed Date: 10/25/2017  
341 Hearing Date: 12/15/2017  
Confirmation Date: 05/16/2018  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $325.87 | 7619929000 | 05/26/2021 | $325.87 | 7693510000 | 06/23/2021 | $325.87 | 7759275000 |
| 07/27/2021 | $325.87 | 7836687000 | 08/25/2021 | $325.87 | 7900240000 | 09/28/2021 | $325.87 | 7969267000 |
| 10/25/2021 | $325.87 | 8033750000 | 11/29/2021 | $325.87 | 8102521000 | 12/21/2021 | $325.87 | 8159259000 |
| 01/24/2022 | $325.87 | 8222362000 | 02/23/2022 | $325.87 | 8291770000 | 03/23/2022 | $325.87 | 8355953000 |
| 04/21/2022 | $325.87 | 8415791000 | 05/25/2022 | $325.87 | 8485299000 | 06/22/2022 | $325.87 | 8542036000 |
| 07/25/2022 | $325.87 | 8601344000 | | | | | | |

**Total Receipts for the Period: $5,213.92    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,399.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $190.26 | $15.83 | $174.43 |
| 4 | ALLY FINANCIAL<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $20,418.31 | $2,026.19 | $18,392.12 |
| 8 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA<br>»» 008 | Unsecured Creditors | $7,101.21 | $704.68 | $6,396.53 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $2,151.23 | $199.82 | $1,951.41 |
| 9 | CHASE CARD SERVICES<br>»» 009 | Unsecured Creditors | $9,016.41 | $894.73 | $8,121.68 |
| 10 | CHASE CARD SERVICES<br>»» 010 | Unsecured Creditors | $1,121.52 | $111.33 | $1,010.19 |
| 11 | CHASE CARD SERVICES<br>»» 011 | Unsecured Creditors | $17,409.55 | $1,727.63 | $15,681.92 |
| 1 | DIAMOND FEDERAL CREDIT UNION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $16,608.83 | $1,648.17 | $14,960.66 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 14P | Priority Creditors | $2,507.75 | $2,507.75 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 14U | Unsecured Creditors | $51.78 | $0.00 | $51.78 |
| 3 | LOANCARE SERVICING CENTER<br>»» 003 | Mortgage Arrears | $2,055.15 | $2,055.15 | $0.00 |

**Chapter 13 Case No. 17-17254-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $190.87 | $15.86 | $175.01 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,101.21 | $704.68 | $6,396.53 |
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $13,001.42 | $1,290.19 | $11,711.23 |
| 16 | TIMOTHY E WILFONG ESQ<br>»» 016 | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 16 | DITECH FINANCIAL LLC | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | COMENITY CAPITAL BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | COMENITY CAPITAL BANK/PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | PHEONIXVILLE HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | SEARS CREDIT CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,399.59 | Current Monthly Payment: | $325.87 |
| Paid to Claims: | $16,212.01 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,563.14 | Total Plan Base: | $19,377.20 |
| Funds on Hand: | $624.44 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.