United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17254-amc |
| John J. Allen, Jr. | Chapter 13 |
| Trina L. Allen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Allen, Jr., Trina L. Allen, 140 Ashley Road, Phoenixville, PA 19460-4816 |
| 14068187 | + | Chase Bank USA, N.A., c/o Kevin C. Driscoll, Jr.,, Barnes & Thornburg LLP,, 1 North Wacker Drive, Suite 4400,, Chicago, IL 60606-2841 |
| 14004032 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14004033 | | Ditech Financial LLC, fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14017067 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14307716 | + | LoanCare, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14308194 | + | LoanCare,LLC, c/o ANN E. SWARTZ, ESQUIRE,, 123 South Broad Street Suite 1400, Philadelphia, PA 19109-1060 |
| 14004038 | | Phoenixville Hospital, 140 Nutt Road, Phoenixville, PA 19460-3900 |
| 14004039 | | Phoenixville Hospital, PO Box 504060, St Louis, MO 63150-4060 |
| 14004044 | + | TD BANK USA, N.A., C O WEINSTEIN, PINSON, AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14004046 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2022 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14017086 | | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14621356 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2022 00:14:57 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14004017 | | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14621451 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 21 2022 00:14:57 | Ally Financial Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14004018 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2022 00:08:00 | Bank Of America, PO Box 982234, El Paso, TX 79998-2234 |
| 14073675 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 21 2022 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14004019 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 21 2022 00:08:00 | Bank of America, N.A., PO Box 5170, Simi Valley, CA 93062-5170 |
| 14063045 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 00:15:00 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE |

Case 17-17254-amc   Doc 52   Filed 12/22/22   Entered 12/23/22 00:34:06   Desc Imaged
                            Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14004020 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | 68501-2609 |
| | | | Dec 21 2022 00:15:00 | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 14284145 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 21 2022 00:14:57 | Capital One Bank (USA) N.A Cabelas Club Visa by A, 4515 N. Santa Fe Avenue, Oklahoma City OK 73118-7901 |
| 14004021 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 21 2022 00:15:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14004022 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Dec 21 2022 00:15:04 | Capital One Bank N.A., Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14004023 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Dec 21 2022 00:15:01 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 14004025 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 21 2022 00:14:58 | Citibank Usa, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14004026 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 21 2022 00:08:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, Ohio 43218-2125 |
| 14004027 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 21 2022 00:08:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, Ohio 43218-3043 |
| 14004028 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Dec 21 2022 00:08:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley PS, 2001 Western Ave., Ste 400,, Seattle, WA 98121-3132 |
| 14004029 | | Email/Text: bankruptcy@diamondcu.com | | |
| | | | Dec 21 2022 00:08:00 | Diamond Credit Union, 1600 Medical Drive, Pottstown, PA 19464-3242 |
| 14004030 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 21 2022 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14004031 | | Email/Text: mrdiscen@discover.com | | |
| | | | Dec 21 2022 00:08:00 | Discover Products, Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14004035 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Dec 21 2022 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 14004024 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 21 2022 00:15:00 | Chase, Po Box 15298, Wilmington, DE 19850-5298 |
| 14004036 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Dec 21 2022 00:15:00 | JPMorgan Chase Bank, National Assoc., Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14004037 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Dec 21 2022 00:08:00 | Kohls, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14319801 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Dec 21 2022 00:08:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14020208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 21 2022 00:15:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14070774 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 21 2022 00:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14004040 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 21 2022 00:15:01 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14004042 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 21 2022 00:15:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14004041 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 21 2022 00:15:04 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14074325 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 21 2022 00:08:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 14004045 | Email/Text: bankruptcy@td.com | | Dec 21 2022 00:08:00 | Td Banknorth, PO Box 84037, Columbus, GA 31908-4037 |
| 14004043 | Email/Text: bncmail@w-legal.com | | Dec 21 2022 00:08:00 | Target Card Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 14039202 | Email/PDF: ebn_ais@aisinfo.com | | Dec 21 2022 00:14:57 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14030683 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14009109 | * | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14004034 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

**Name**          **Email Address**

ANDREW M. LUBIN
    on behalf of Creditor LoanCare  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANN E. SWARTZ
    on behalf of Creditor LoanCare  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LoanCare  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

JOHN MICHAEL KOLESNIK
    on behalf of Creditor LoanCare  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

TIMOTHY WILFONG
    on behalf of Debtor John J. Allen  Jr. timwilfong@aol.com, notice1776@gmail.com

TIMOTHY WILFONG
    on behalf of Joint Debtor Trina L. Allen timwilfong@aol.com  notice1776@gmail.com

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 47

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John J. Allen, Jr. and Trina L. Allen
      Debtor(s)

Case No: 17−17254−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22

51 − 50
Form 138OBJ