United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17254-amc |
| John J. Allen, Jr. | Chapter 13 |
| Trina L. Allen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Allen, Jr., Trina L. Allen, 140 Ashley Road, Phoenixville, PA 19460-4816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023                    Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| ANN E. SWARTZ | on behalf of Creditor LoanCare LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor LoanCare LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JOHN MICHAEL KOLESNIK | on behalf of Creditor LoanCare LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| POLLY A. LANGDON | |

District/off: 0313-2     User: admin     Page 2 of 2

Date Rcvd: Mar 27, 2023     Form ID: 195     Total Noticed: 1

    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

TIMOTHY WILFONG
    on behalf of Debtor John J. Allen  Jr. timwilfong@aol.com, notice1776@gmail.com

TIMOTHY WILFONG
    on behalf of Joint Debtor Trina L. Allen timwilfong@aol.com  notice1776@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                              : Chapter 13

John J. Allen, Jr. and Trina L. Allen                                      : Case No. 17−17254−amc
    Debtor(s)

***ORDER***
_____

AND NOW, this day , March 27, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

61
Form 195